## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Marlon T. Holmes,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-1635 |
| v. | : | (MANNION, D.J.) (BLEWITT, M.J.) |
| **Daniel S. Keen,** *et al.*, | : | |
| Defendants | : | |

## ORDER

For the reasons discussed in the memorandum issued this same day, **IT IS HEREBY ORDERED** that:

1) Judge Blewitt's report and recommendation, (Doc. No. 9), is **ADOPTED IN SUBSTANTIAL PART**;

2) The plaintiff's claims for filing false reports against Defendants Mike Morrow and Brian Jones are **DISMISSED WITH PREJUDICE**;

3) Defendant Morrow is **DISMISSED WITH PREJUDICE** from this action;

4) The Clerk is to **TERMINATE** Defendant Morrow as a party to this action;

5) The plaintiff's Eighth Amendment claim for denial of adequate medical care is **DISMISSED WITH PREJUDICE**;

6) Defendant Doctor William Young and Warden Daniel S. Keen are **DISMISSED WITH PREJUDICE**;

7) The Clerk is to **TERMINATE** Defendants Young and Keen as parties to this action;

8) Plaintiff's claims for compensatory damages against the defendants in their official capacity are **DISMISSED WITH PREJUDICE**;

9) Plaintiff's claim for specific amounts of monetary damages are stricken from the complaint;

10) Plaintiff's claim of excessive force against Defendant Jones will proceed;

11) This case is **REFERRED** to Judge Blewitt for further pretrial proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 1, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1635-01-ORDER.wpd