# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Marlon T. Holmes,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-1635 |
| v. | : | **(MANNION, D.J.)** |
| | | **(BLEWITT, M.J.)** |
| **Daniel S. Keen,** *et al.*, | : | |
| Defendants | : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Judge Blewitt's report and recommendation, (Doc. 27), is **ADOPTED IN FULL**;

(2) The eighth amendment claim against Defendant Brian Jones is **DISMISSED WITHOUT PREJUDICE**;

(3) The clerk is **ORDERED** to terminate Defendant Brian Jones from this action;

(4) The clerk is further **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1635-02-ORDER.wpd